■ In the Matter of JOHN WHITE, Respondent, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, et al., Appellants. — In a proceeding pursuant to CPLR article 78 to compel the appellants to grant petitioner a new parole hearing, the appeal is from a judgment of the Supreme Court, Orange County (Ferraro, J.), dated January 21, 1981, which granted the petition. Appeal dismissed, without costs or disbursements. The petitioner has been released on parole. Gulotta, J. P., Thompson, Brown and Niehoff, JJ., concur.

■ In the Matter of DERRI WILLIAMS, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. — In a proceeding pursuant to CPLR article 78 to, *inter alia,* review a determination of the New York City Transit Authority terminating petitioner as a probationary police officer, the authority and the chief of its police department purportedly appeal (1) from an order of the Supreme Court, Kings County (Leone, J.), dated April 2, 1981, which, *inter alia,* directed that they hold an evidentiary hearing, and (2) as limited by their brief, from so much of an order of the same court, dated May 20, 1981, as, upon granting reargument, adhered to its original determination. Leave to appeal is hereby granted by Justice Brown. Appeal from order dated April 2, 1981 dismissed, without costs or disbursements. Said order was superseded by the order entered upon reargument. Order dated May 20, 1981 affirmed insofar as appealed from, without costs or disbursements. We agree with Special Term that in light of the involvement in this matter of the New York City Police Department, the New York City Department of Personnel and the New York City Civil Service Commission, they should appear and participate in the hearing to be held. Mangano, J. P., Thompson, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN B. BENDER, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Tanenbaum, J.), imposed May 21, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Lazer, O'Connor and Bracken, JJ., concur.